**Electronically Filed
Supreme Court
SCWC-16-0000681
09-JUL-2019
12:45 PM**

SCWC-16-0000681

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

v.

DONALD NICOL,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000681; CRIMINAL NO. 14-1-1642)

AMENDED ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari filed on

May 28, 2019 by Petitioner/Defendant-Appellant Donald Nicol is

hereby rejected.

DATED: Honolulu, Hawaiʻi, July 9, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

